IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 25-00549-CV-W-BP |
| ) | |
| FORTY-SEVEN (47) PIT BULL TYPE DOGS, ) | |
| ) | |
| Defendant. ) | |

**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED**

In this action the Government seeks forfeiture of forty-seven (47) pit bull type dogs (the "Property"). The Government filed a Complaint of Forfeiture *in rem* against the Property on July 16, 2025. (Doc. 1.) Notice was duly provided and published, (Docs. 3, 4, 6, and 7-1, ¶¶ 6-7), but no person or entity filed a claim to the Property.

On September 22, 2025, the Government filed a motion for an entry of default. (Doc. 7.) No person or entity has responded to the motion. Any person or entity who believes he, she, or it has a claim to the Property shall have fourteen days to show cause why default should not be entered under Federal Rule of Civil Procedure 55(a).

The Government is directed to send a copy of this Order via electronic mail to:

trionce.ext@gmail.com

The Clerk of Court is directed to mail a copy of this Order via first-class and certified mail, return receipt requested, to:

Chekasha Ramsey
o/b/o Vinol Wilson
Ramsey Law LLC
908 Baltimore, Suite 303
Kansas City, MO  64105

**IT IS SO ORDERED.**

Date:  October 14, 2025

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT